**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DUSHUN WHITE, | ) | NO. CV 10-1404-GAF(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| COLLEEN NOLL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: (1) Petitioner's motion for summary judgment is denied; and (2) Judgment is entered denying and dismissing the Petition with prejudice.

DATED: August 6, 2010

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE